IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM B. LAWLER LAW FIRM, LLC, on behalf of itself and all others similarly situated, and JOSH DOWNS, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. <br><br> Defendants. | Case No. 3:21-CV-354-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal dated January 19, 2022 (Doc. 33), this action was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: January 19, 2022

MARGARET M. ROBERTIE,
Clerk of Court

By: s/ *Deana Brinkley*
      Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**